# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HANIFA WHITTAKER, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CCIS NORTH OF PHILADELPHIA, | : | NO. 10-1095 |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this *22nd* day of *April*, 2010, upon consideration of Defendant CCIS North of Philadelphia's Motion to Dismiss the Amended Complaint in Part (Docket No. 3) and Plaintiff Hanifa Whittaker's Response (Docket No. 4), it is hereby **ORDERED**, as follows:

1. Plaintiff's claim under the Family Medical Leave Act, 29 U.S.C. § 2601, et seq., is **DISMISSED WITH PREJUDICE** in light of Plaintiff's request to voluntarily withdraw that cause of action;

2. The remainder of this case is **REMANDED** to the Court of Common Pleas for Philadelphia County, Pennsylvania; and

3. Defendant's Motion to Dismiss is **DENIED WITHOUT PREJUDICE** as moot in light of the remand.

It is so **ORDERED**.

BY THE COURT:


 *s/ Ronald L. Buckwalter*
 RONALD L. BUCKWALTER, S.J.